# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

PAULINO SALCEDO-GENAO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4015-SELTZER

RECEIVED & FILED IN OPEN COURT
ON 1-26-00 AT
_____ FLA.

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 20, 2000, in Broward County, in the Southern District of Florida, defendant,

an alien, having previously been deported on or about October 22, 1997, from the United States to the Dominican Republic subsequent to a conviction of an aggravated felony on or about February 28, 1995, was found knowingly in the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States.

in violation of Title __8__ United States Code, Sections __1326(a) and (b)(2)__

I further state that I am a(n) __Special Agent with INS__ and that this complaint is based on the following
Official Title
facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

January 26, 2000                                at   Fort Lauderdale, Florida
Date                                                  City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE                        _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

<u>AFFIDAVIT</u>

Tara Maguire, after being duly sworn, deposes and says:

    1. I am a Special Agent for the United States Immigration & Naturalization Service ("INS") and have been so employed since January, 1999. From May of 1998 until January of 1999 I served as an inspector with INS. As a Special Agent, my duties include the apprehension of aliens who are in the United States illegally and the enforcement of immigration laws, including those laws precluding the entry of aliens who have previously been deported and have not received the express consent of the Attorney General to apply for re-entry. I have received specialized training and am experienced in the requirements for aliens seeking to enter the United States. The following information is based upon my personal knowledge and that of my fellow investigators. Since this affidavit is being submitted for the limited purpose of providing probable cause for a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the complaint.

    2. On or about April 29, 1999, the INS Miami District Office received information from an anonymous source stating that **PAULINO SALCEDO-GENAO** was present in the United States after having previously been deported. The information indicated that **PAULINO SALCEDO-GENAO** was residing with LOURDES FERMIN, his common-law wife, in the Miami area. Investigation was initiated to determine whether **PAULINO SALCEDO-GENAO** was subject to removal from the United States.

    3. On April 29, 1999, a search of INS computer databases resulted in a positive match for **PAULINO SALCEDO-GENAO** under alien number A17 538 891. Your

affiant subsequently reviewed alien file number A17 538 891. The file contained an executed Warrant of Deportation, which indicated that **PAULINO SALCEDO-GENAO** was deported from Miami, Florida to the Dominican Republic on October 22, 1997. The file also revealed that **PAULINO SALCEDO-GENAO** was convicted of conspiracy to possess with intent to distribute cocaine, in violation of 18 U.S.C. § 846, in the Eastern District of Pennsylvania, on February 28, 1995. In the file I have a certified copy of the judgment in this case.

4. Starting on June 10, 1999, investigation was initiated to determine where **PAULINO SALCEDO-GENAO** was residing. Credit record checks done for LOURDES FERMIN resulted in several possible residences in the Miami area. It was discovered that LOURDES FERMIN was residing at 2028 Funston Street, #2 in Hollywood, Florida. On January 20, 2000, **PAULINO SALCEDO-GENAO** was found by INS Officers at this location.

5. On January 20, 2000, your affiant interviewed and fingerprinted **PAULINO SALCEDO-GENAO**, who freely and voluntarily admitted being previously deported from the United States. **PAULINO SALCEDO-GENAO** also admitted re-entering the United States by walking across the Mexican border. He further stated that he was not inspected by an INS officer when he re-entered. **PAULINO SALCEDO-GENAO** additionally admitted that he had never received the express permission of the Attorney General of the United States to apply for re-entry to the United States.

6. A fingerprint comparison was conducted which compared the set of fingerprints taken from **PAULINO SALCEDO-GENAO** on January 20, 2000, with the

right index print taken from **PAULINO SALCEDO-GENAO** at the time of his deportation on October 22, 1997. It was determined that the fingerprints were made by the same individual.

7. A search of the records maintained by the United States Immigration and Naturalization Service further disclosed that **PAULINO SALCEDO-GENAO** had never received permission to re-enter the United States from the United States Attorney General in violation of Title 8, United States Code, Section 1326(b)(2).

8. Your affiant submits that based on the facts there exists probable cause to believe that Paulino Salcedo-Genao, an alien, having previously been deported on or about October 22, 1997, from the United States to the Dominican Republic subsequent to a conviction of an aggravated felony (conspiracy to possess with intent to distribute cocaine) on or about February 28, 1995, was found knowingly in the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
TARA MAGUIRE
INS

Sworn and subscribed to before me
this ____ day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

-3-