# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT. LAUDERDALE

DEFT: Paulino Salcedo-Genao (J)#    CASE NO: 00-4015-BSS
AUSA: Robin Rosenbaum *present*    ATTNY: Robin Farnsworth
AGENT: INS    VIOL: 8:1326
PROCEEDING: Initial Appearance    BOND REC: PTD
BOND HEARING HELD - yes /no    COUNSEL APPOINTED: APD
___ BOND SET @    $250,000 Corp w/ Nebbia
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___
    ___ Electronic Monitoring

- advised of charges
- sworn for counsel
No Bond hrg held.
Both sides stipulate to a CSB w/ Nebbia, both sides reserving right to proceed w/ PTD at a later date

FILED by ___ D.C.
JAN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD /BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL    2-7-00    11:00am    LSS
STATUS CONFERENCE: _____

DATE: 1-26-00    TIME: 11:00am    TAPE # 00-008   PG # 5
3290-3630
Recalled
00-009