UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.

IAN 2 6 20

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

            Plaintiff

        v.

*Paulino SALCEDO GENAO*

            Defendant

CASE NO.

*00-4015*

REPORT COMMENCING CRIMINAL ACTION

*48770-066*

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: *01/26/00  0700 hrs*    *Admin INS arrest on 01/26/00 0830 hrs*

2. Spoken language: *English*

3. Offense(s) charged: *8 USC 1326 Reentry of deported Alien*

4. U.S. Citizen        [ ] YES    [X] NO    [ ] UNKNOWN

5. Date of birth: *August 29, 1962*

6. Type of charging document: (Check One)
   [ ] INDICTMENT        [X] COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO._____        CASE NO._____

   DISTRICT:_____    (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR

   [ ] PROBATION VIOLATION WARRANT

   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:    [ ] YES    [ ] NO

   AMOUNT OF BOND._____

   WHO SET BOND._____

7. REMARKS:_____

8. DATE: *01/26/00*

10. AGENCY: *US INS*

9. *Tara M Maguire*
   ARRESTING OFFICER

11. *305-762-3625*
   PHONE NO.