UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6026
8 U.S.C. §§1326(a), (b)(2)

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

PAULINO SALCEDO-GENAO,
a/k/a Paul Salcedo,
a/k/a Nelson Irizarry,

        Defendant.

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about January 20, 2000, in Broward County, in the Southern District of Florida, the defendant,

PAULINO SALCEDO-GENAO,
a/k/a Paul Salcedo,
a/k/a Nelson Irizarry,

an alien, having been previously deported from the United States to the Dominican Republic on or about October 22, 1997, was found knowingly in the United States without the Attorney General



having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **PAULINO SALCEDO-GENAO** | Superseding Case Information: |

**Court Division**: (Select One)

New Defendant(s) \_\_\_\_ Yes \_\_\_\_ No
Number of New Defendants \_\_\_\_
Total number of counts \_\_\_\_

\_\_\_\_ Miami    \_\_\_\_ Key West
_X_ FTL    \_\_\_\_ WPB    \_\_\_\_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | I | 0 to 5 days | _X_ | Petty | \_\_\_\_ |
   |---|---|---|---|---|
   | II | 6 to 10 days | \_\_\_\_ | Minor | \_\_\_\_ |
   | III | 11 to 20 days | \_\_\_\_ | Misdem. | \_\_\_\_ |
   | IV | 21 to 60 days | \_\_\_\_ | Felony | _X_ |
   | V | 61 days and over | \_\_\_\_ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4015-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _January 26, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_\_ Yes _X_ No    If yes, was it pending in the Central Region? \_\_\_ Yes _No_

                                                     _/s/ Robin S. Rosenbaum_
                                                     ROBIN S. ROSENBAUM
                                                     ASSISTANT UNITED STATES ATTORNEY
                                                     Florida Bar No. 908223

\*Penalty Sheet(s) attached                                                     REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: __PAULINO SALCEDO-GENAO__     Case No.: _____

========================================     ========================================

Count #I: Attempted illegal reentry into U.S. after aggravated felony conviction: 8:1326(a) and (b)(2)

Max. Penalty: 20 years' imprisonment; $2,000,000.00 fine
========================================================================================
Count #

Max. Penalty:
========================================================================================
Count #

Max. Penalty:
========================================================================================
Count #:

Max. Penalty:
========================================================================================
Count #:

Max. Penalty:
========================================================================================

========================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.