UNITED STATES DISTRICT COURT
Southern District of Florida    CC-6026-CR-WPD

U.S. Marshal # 45776-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-705-BSS
                   ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
                   )
Saleck Genao Paul )
        Defendant

FILED by ___ D.C.
FEB 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    PALM BEACH
U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 01-26-00                am/pm

(2) Language Spoken: English & Spanish

(3) Offense(s) Charged: Re-Entry

(4) U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 8-29-62

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/F/A

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 01-26-00   (9) Arresting Officer: _____

(10) Agency: INS        (11) Phone: _____

(12) Comments: _____

