COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAULINO SALCEDO-GENAO (J)    CASE NO: 00-6026-CR-DIMITROULEAS
AUSA: ROBIN ROSENBAUM /Thompson    ATTY: SAM SMARGON
AGENT:                              VIOL:
PROCEEDING ARRAIGNMENT              RECOMMENDED BOND
BOND HEARING HELD - yes/no          COUNSEL APPOINTED
        BOND SET @

        SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:    2-22    11    BSS

Date: 2/7/00    Time 11:00    FTL/LSS TAPE #00- 007    Begin: 85    End: 115

