UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

PAULINO SALCEDO-GENAO

ARRAIGNMENT INFORMATION SHEET

[FILED by _____ FEB -7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____

                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:_____SAM SMARGON_____

                   Address:_____

                   _____

                   Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __7TH__ day of __FEBRUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: __Jenny Butler__
    Deputy Clerk

Tape No. __00- 007__

cc: Copy for Judge
    U. S. Attorney

