COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Paulino Salcedo-Genoa (no deft needed)   CASE NO: 00-6026-CR-Dimitrouleas
AUSA: Robin Rosenbaum /Lanigan/   ATTNY: FPD: Sam Smargon /Day/
AGENT: ___   VIOL: ___
PROCEEDING: Status Conference   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___

FILED by ___ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Discovery Out
no motions
Gov't ready
2 days to try

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 2-22-00   TIME: 11:00am   TAPE # 00-014   PG # 4
3060 30-75