UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

PAULINO SALCEDO-GENOA,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 22, 2000. At that conference, the parties informed the Court as follows:

1.  The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2.  Defense counsel did not dispute the Government's representation.

DATED at Fort Lauderdale, Florida this 22nd day of February 2000.

_____
BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Sam Smargon, Esquire
Federal Public Defender's Office
Attorney for Defendant