## CRIMINAL MINUTES



FILED by _____ D.C.
MAR 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6026-CR-WPD   DATE: March 6, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Paulino Salcedo-Genao

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: Sam Smargon, AFPD

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn & questioned by Court. Deft to enter Guilty plea. Court accepts Guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 5/19/00   TIME: 10:30   FOR: Sentencing

MISC: Written plea agreement filed.

