## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6026-CR-WPD    DATE: May 19, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs. Paulino Salcedo-Genao

U.S. ATTORNEY: Robert Rosenbaum    DEFT. COUNSEL: Sam Smargon, AFPD

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed; 46 months BOP, 2 years supervised release, No fine, $100.00 assessment. Court recommends that deft be designated as close to SD/FL as possible. Motion for downward departure is denied.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of right to appeal.

