DEFENDANT: **PAULINO SALCEDO-GENAO**
CASE NUMBER: 0:00CR06026-001  WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __46__ month(s).

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated as close to Southern District of Florida as possible.**

☒ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _June 7, 2000_ to _Federal Detention Center-Miami_

at _33 NE 4th St. Miami, Fl._, with a certified copy of this judgment.

Monica S. Wetzel, Warden
UNITED STATES MARSHAL

By A. Guerrero, LTE
~~Deputy U.S. Marshal~~