UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6026-CR-DIMITROULEAS

UNITED STATES OF AMERICA,            )
                                     )
Plaintiff,                           )
                                     )
     vs.                             )
                                     )
PAULINO SALCEDO-GENAO,               )
                                     )
Defendant.                           )
_____)



## GOVERNMENT'S MOTION FOR SENTENCING
## REDUCTION BASED ON SUBSTANTIAL ASSISTANCE

The United States of America, by and through undersigned counsel, hereby files this

motion pursuant to Rule 35(b), Fed. R. Crim. P., and advises the Court that the defendant,

Paulino Salcedo-Genao, has provided substantial assistance in the investigation and prosecution of

another individual who has committed offenses. Accordingly, pursuant to Section 5D1.1 of the

Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States

moves this Court to make a downward departure from the Guideline sentence otherwise

applicable to defendant Salcedo-Genao.

Accordingly, the United States requests that a hearing not to exceed one-half hour be

scheduled, so that Salcedo-Genao's cooperation and the applicability of Rule 35 may be presented



to the Court.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: Robin S. Rosenbaum
Assistant U.S. Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by inter-office mail, October 26, 2000 to Sam Smargon, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney