UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAULINO SALCEDO-GENAO,

    Defendant.

_____/

## ORDER

**THIS CAUSE**, having been heard upon the Government's October 26, 2000 Motion for Sentence Reduction, the Court sets a hearing for **Thursday, November 2, 2000 at 1:00 p.m.** The Government shall be responsible for securing the Defendant's presence at that hearing.

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida this 27 day of October, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Robin Rosenbaum, AUSA
      Samuel Smargon, AFPD