UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6026-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| PAULINO SALCEDO-GENAO, | ) |
| Defendant. | ) |

### GOVERNMENT'S (UNOPPOSED) MOTION
### FOR CONTINUANCE OF RULE 35 HEARING

The United States of America, by and through undersigned counsel, hereby files this motion for continuance of the November 2, 2000, hearing currently set on the Government's October 26, 2000, Motion for Sentence Reduction. The reasons for this motion are as follows:

1. On October 26, 2000, the United States filed a motion for sentence reduction in the above-captioned case. On October 27, 2000, the Court set the hearing on this motion for November 2, 2000, at 1:00 p.m.

2. Upon discussing the United States's motion for sentence reduction with counsel for the defendant, counsel for the defendant informed undersigned counsel that he intended to be on vacation and away from the office during the weeks of October 30 and November 6 and requested that we seek to conduct the sentence reduction hearing following his return to the office on November 13, 2000.

3. Undersigned counsel agreed to seek to conduct the sentence reduction hearing following November 13, 2000. Undersigned counsel, however, explained to defense counsel that



she will be out of the office on training November 13 through the 15. Accordingly, defense counsel and undersigned counsel agreed to request a hearing date on the United States's motion for sentence reduction on November 16 or 17, if possible.

4. Although undersigned counsel anticipates seeking a substantial reduction of the defendant's sentence pursuant to the United States's motion for sentence reduction, the United States does not anticipate that the requested reduction to the defendant's sentence would result in the defendant's completion of any new sentence imposed before November 16 or 17, the requested hearing dates. Indeed, the United States anticipates seeking a sentence reduction that would nonetheless still require the defendant to remain incarcerated for several more months.

5. Counsel for the defendant has been unreachable since undersigned counsel received the Court's Order scheduling the sentence reduction hearing for November 2, 2000, at 1:00 p.m. Based on prior conversations with defense counsel, as noted above, however, the United States believes that this motion is unopposed by defense counsel.

For the foregoing reasons, the United States respectfully requests a continuance of the hearing on the United States's motion for sentence reduction until November 16, 2000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Robin S. Rosenbaum*

Robin S. Rosenbaum
Assistant U.S. Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by inter-office mail, October 30, 2000 to Sam Smargon, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney