UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6026-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAULINO SALCEDO-GENAO,

Defendant.
_____/

FILED _____ D.C.

OCT 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

**THIS CAUSE**, having been heard upon the Government's October 30, 2000 Unopposed

Motion for Continuance of Rule 35 Hearing, the Court grants the motion and resets a hearing for

**Thursday, November 16, 2000** at **1:00 p.m.** The Government shall be responsible for securing the

Defendant's presence at that hearing.

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida this _31_ day of

October, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Robin Rosenbaum, AUSA
      Samuel Smargon, AFPD

