**CRIMINAL MINUTES**

FILED by ____ D.C.
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6026-CR   DATE: November 16, 2000

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Paulino Salcedo-Genao

U.S. ATTORNEY Robin Rosenbaum   DEFT. COUNSEL: Samuel Smargon

REASON FOR HEARING: Rule 35 Hearing

RESULT OF HEARING: Motion Granted. Sentence reduced to 24 months.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

