UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6026-CR-DIMITROULEAS

    Plaintiff,

vs.

PAULINO SALCEDO-GENAO
Defendant.

FILED by ___ D.C.

**NOV 1 6 2000**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE having been heard before the Court on November 16, 2000 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to TWENTY-FOUR (24) MONTHS. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Robin S. Rosenbaum, AUSA
Samuel J. Smargon, AFPD
U.S. Probation Office
U. S. Marshal

